# CASES

IN THE

# APPELLATE COURTS OF ILLINOIS.

FOURTH DISTRICT—FEBRUARY TERM, 1885.

## WABASH, ST. LOUIS & PACIFIC RAILWAY CO.
### v.
### JOSEPH F. WALLACE.

FELLOW SERVANTS.—The court is of opinion that appellee and W. were fellow servants, and that the master is not liable.

APPEAL from the Circuit Court of St. Clair county; the Hon. WM. H. SNYDER, Judge, presiding. Opinion filed April 6, 1885.

Mr. GEORGE B. BURNETT, for appellant.

Mr. JAMES M. DILL, Mr. W. H. BENNETT and Mr. J. M. FREELS, for appellee.

PER CURIAM. We are of opinion that on the undisputed facts in this case Needham and Wallace were fellow servants, and that the master is not liable.

We make no special finding of facts because we do not find them otherwise than as found by the trial court, but think a different inference should be drawn from them.

We therefore reverse the judgment.

Reversed.